IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID T. TERRELL, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 308-088 |
| ANTHONY WASHINGTON, JAN MARTIN, and L. JACKSON, | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, because Plaintiff failed to state a claim upon which relief can be granted against any Defendant, this case is **DISMISSED**.

SO ORDERED this 3rd day of February, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE